UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-3220
Fax (410) 962-6836

July 25, 2018

MEMORANDUM TO COUNSEL

Re: *United States v. Montana Barronette, et al.*
Criminal Action No. CCB-16-0597

Dear Counsel:

I have a criminal jury trial which appears likely to go to trial beginning August 27, 2018. Accordingly, I need to move the pretrial conference in this case on August 28, 2018, from 2:30 p.m. to 5:00 p.m. in my chambers.

Thank you for your cooperation.

Sincerely yours,

/S/ CCB

Catherine C. Blake
United States District Judge