IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LINTON BROUGHTON,                    *

    Petitioner,                      *

v.                                   *      Criminal Case: GLR-16-597
                                            (Related Civil Action: GLR-23-2998)
UNITED STATES OF AMERICA,            *

    Respondent.                      *
                                   ***

**ORDER**

By Order dated January 4, 2024, the Court directed Assistant United States Attorney Jason Medinger to respond to Petitioner Linton Broughton's Motion to Vacate, Set Aside or Correct Sentence. (ECF No. 841). Since then, counsel has been granted four extensions of time to and including June 17, 2024. (ECF No. 875). To date, however, no response has been filed. Counsel will be directed to show cause why he has failed to comply with the Court's Order.

Accordingly, it is this 26th day of June, 2024, by the United States District Court for the District of Maryland, hereby:

ORDERED that Assistant United States Attorney Jason Medinger shall SHOW CAUSE within 14 days of the date of this Order why he has failed to comply with this Court's Orders; and

IT IS FURTHER ORDERED that the Clerk shall SEND a copy of this Order to Broughton and counsel of record.

_____/s/_____
George L. Russell, III
United States District Judge