IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **LINTON BROUGHTON,** | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | **CRIMINAL NO. GLR-16-597** |
| | * | |
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| Respondent. | | |
| | ****** | |

## RESPONSE TO COURT'S SHOW CAUSE ORDER (ECF 884)

Comes now the United States of America, by and through undersigned counsel, and respectfully responds to the Court's order to show cause (ECF 884), and in support whereof states as follows:

1. On November 1, 2018, following trial, a federal jury found Linton Broughton guilty of: (1) racketeering conspiracy, in violation of 18 U.S.C. § 1962(d); (2) drug trafficking conspiracy, in violation of 21 U.S.C. § 846. ECF 491.

2. Broughton was sentenced to a total term of imprisonment of 360 months. ECF 582.

3. Broughton filed a direct appeal, but the Fourth Circuit affirmed. 46 F.4th 177 (4th Cir. 2023).

4. On October 30, 2023, Broughton filed a habeas petition under 28 U.S.C. § 2255. ECF 825.

5. The Court issued an order for the government to respond within 60 days. ECF 824. The Court subsequently extended the government's response deadline through June 17, 2024. ECF 875.

6. The government failed to respond as ordered by June 17, 2024. Accordingly, the Court issued a show cause order as to why a response has not yet been filed. ECF 884.

7. The government has since filed its response to Mr. Broughton's habeas petition. ECF 886. It has also filed a motion for extension of time nunc pro tunc. ECF 887.

8. In terms of its response to the show cause order, undersigned counsel states that he was charged with responding to a number of habeas petitions filed by the defendants in this matter. Responses to those petitions have been timely filed. ECF Nos. 878, 879, 882, 883. However, as to the response to Mr.

Broughton, undersigned counsel erroneously believed it was assigned internally to another AUSA. Regardless, upon receipt of the Court's order today, undersigned counsel has drafted and now filed the government's response. ECF 886. Undersigned apologizes for the government's inadvertence as to this deadline.

                                        Respectfully submitted,

                                        Erek L. Barron
                                        United States Attorney

                         By:____/s/_____
                                        Jason D. Medinger (Bar No. 28470)
                                        Assistant United States Attorney
                                        36 South Charles Street
                                        Fourth Floor
                                        Baltimore, Maryland 21201
                                        (410) 209-4800

## CERTIFICATE OF SERVICE

      I hereby certify that the following was filed with the Court via CM/ECF, and that a hard copy was served on the defendant by U.S. Mail addressed as follows:

LINTON BROUGHTON
Register Number: 63237-037
USP Hazelton
1640 SKY VIEW DRIVE
BRUCETON MILLS, WV  26525

                                        By:____/s/_____
                                          Jason D. Medinger (Bar No. 28470)
                                          Assistant United States Attorney
                                          36 South Charles Street
                                          Fourth Floor
                                          Baltimore, Maryland 21201
                                          (410) 209-4800