UNITED STATES DISTRICT OF MARYLAND
DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

Vs.                                                     Criminal No. 16-597

MONTANA BARRONETTE

  Movant
_____/

## MOTION FOR EXTENSION OF TIME TO FILE A REPLY TO THE GOVERNMENT'S OPPOSITION TO RELIEF UNDER 28 U.S.C. 2255

Movant, Montana Barronette, *Pro Se*, hereby requests that the Court grant him an Extension of Time in which to file a Reply to the Government's Opposition (Doc. 879), and, as cause, states:

On November 6, 2023, Mr. Barronette filed a Motion for Relief from Judgment under 28 U.S.C. §2255. Doc. 826. By Order dated December 6, 2023, the Court Ordered the Government to respond to the Motion not later than 60 days from the date of the order. Doc. 837.

On February 8, 2024, the Government requested and was granted an extension of time to file a response. *See* Docs. 855 & 858. The Government later requested three additional extensions of time in which to file a response, of which the Court granted. *See* Docs. 864, 866, 868, 869, 874, 875. On June 10, 2024, the Government responded to Mr. Barronette's Motion. Doc. 879.

To date, however, Mr. Barronette has not received a copy of the Government's response, and was only informed that such response had been filed by family members. Therefore, Mr. Barronette asks the Court to Order the Government to send him a copy of their response, and, that Mr. Barronette be given up and until August 20, 2024, in which to file a Reply.

APPROVED this 1st day of July 2024.
Defendant's reply due on or beore August 20, 2024.

_____
U.S. District Judge George L. Russell, III

WHEERFORE, Mr. Barronette respectfully asks that the Motion to Extend Time to file a Reply be Granted.

Respectfully submitted,

*/s/ Montana Barronette*

Montana Barronette #62786-037
USP Atwater
U.S. Penitentiary
P.O. Box 019001
Atwater, CA 95301

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of June, 2024, I mailed a copy of the Motion for Extension of Time to: Office of the U.S. Attorney, 36 S. Charles Street, Baltimore, MD 21201, by placing same in the U.S. mail system, postage prepaid.

*/s/ Montana Barronette*

MONTANA BARRONETTE